No. 400. FIRST NATIONAL BANK OF ALBUQUERQUE *v.* STATE TAX COMMISSION ET AL. November 13, 1939. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Bell's Gap Railroad Co.* v. *Pennsyl-*

*vania,* 134 U. S. 232, 236–238; *Des Moines Bank* v. *Fairweather,* 263 U. S. 103. The petition for writ of certiorari is denied. *Mr. Quincy D. Adams* for appellant. No appearance for appellees.